No. 1.   R. Simpson & Co., Inc. *v.* Commissioner of Internal Revenue.   March 13, 1944.

No. 57.   Snowden *v.* Hughes et al.   March 13, 1944.

No. 457.   Viator et al. *v.* Edwins, Sheriff, et al. March 13, 1944.

No. 509.   Lang *v.* Swope, Warden.   March 13, 1944.

No. 619.   Cash *v.* Metropolitan Trust Co. et al. March 13, 1944.

No. 98.   Prince *v.* Massachusetts.   March 27, 1944.

No. 605.   Flynn *v.* Bowles, Price Administrator. March 27, 1944.

No. 252.   Flournoy, Sheriff and Ex-Officio Tax Collector, *v.* Wiener et al.   See *ante,* p. 754.

No. 3.   Anderson, Receiver, *v.* Abbott, Administratrix, et al.   April 3, 1944.

No. 606.   Nivens *v.* United States.   April 3, 1944.

No. 607.   Waley *v.* Johnston, Warden.   April 3, 1944.

No. 625.   Lynch *v.* United States.   April 3, 1944.

No. 713.   Moore *v.* Michigan.   April 3, 1944.